W.T. Butcher & Associates
2745 Lyons Road, Mandan, ND 58554
701-202-0281    shadd.wtba@gmail.com

Affidavit of Service

Case Number: 1:22-CV-00023-DMT-CRH    Name of Court: United States District Court, District of North Dakota

(Plaintiff/Petitioner)    (Defendant/Respondent)
EZ Blockchain LLC    vs. Blaise Energy Power Inc and Mark Wald

I declare that I am a citizen of the United States, over the age of 18 and not a party to this action, and that within the boundaries of the state where service was affected, I was authorized to perform this service.

Service: I served: Mark Wald
With: Summons in a Civil Action, Verified Complaint

At, Home: 246 4th Ave W., Dickinson, ND 58601
Business:

On: 2/14/2022
Time: 2:05 pm MT
Manner of Service:
X By personally delivering copies to the person/authorized agent of the entity being served.
☐ By leaving copies with _____, who is 16 years of age of older, at the dwelling house or usual abode of the person being served.

Notes: Attempt also made at 3276 110Z Ave. S.W. Dickinson, ND at 1:30pm MT

Non-service: After due search, inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served for the following reasons:

Notes:

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on: 2/14/22 at Bismarck, ND

Shadd Prohl (signature)
(Name/signature of process server)

In THE STATE OF NORTH DAKOTA and COUNTY OF Burleigh

Subscribed and sworn before me, a Notary Public, this 14th Day of Feb, 2022

Dina Butcher

DINA BUTCHER
Notary Public
State of North Dakota
My Commission Expires February 9, 2026